# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURPREET KAUR,<br><br>        Plaintiff,<br><br>   v.<br><br>UR JADDOU, et al.,<br><br>        Defendants. | Case No. 1:23-cv-00852-JLT-SAB<br><br>ORDER GRANTING: STIPULATED MOTION TO STAY ACTION<br><br>ORDER VACATING SCHEDULING CONFERENCE AND REQUIRING STATUS REPORT<br><br>(ECF No. 7)<br><br>**DEADLINE: JANUARY 17, 2024** |

    Plaintiff filed this action on June 3, 2023, alleging U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on her pending asylum application, which she filed in September 2015. (ECF No. 1.) Currently before the Court is the parties' stipulation for a temporary abeyance of this action. (ECF No. 7.)

    The stipulation describes that USCIS has scheduled Plaintiff's asylum interview for September 19, 2023; that the parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application; that USCIS will endeavor to complete the process within 120 days of the completion of the interview; and in the event USCIS reschedules the interview on Plaintiff's application, the agency will endeavor to reschedule the interview within four weeks. The Court finds good cause to grant the request.

Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The stipulated motion (ECF No. 7) is GRANTED;
2. This action is STAYED until January 17, 2024, and all matters shall be held in abeyance[1];
3. The scheduling conference set for October 3, 2023, is VACATED, subject to resetting upon notice to the Court; and
4. If the matter is not resolved, the parties shall file a joint status report on or before January 17, 2024, specifically addressing the need to reset the scheduling conference in this matter .

IT IS SO ORDERED.

Dated: __**July 20, 2023**__                              _____
                                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] While the stipulation requests this case be held in abeyance, the Court typically stays cases, and holds matters within cases in abeyance.